| | |
|---|---|
| **WHITE & WHITE**<br>ATTORNEYS AT LAW | 148 EAST 78TH STREET<br>NEW YORK, NEW YORK 10075 |
| DIARMUID WHITE<br>diarmuid@whiwhi.com<br>-----<br>BRENDAN WHITE<br>brendan@whiwhi.com | TEL:  (212) 861-9850<br>FAX:  (212) 861-9870 |

October 1, 2009

BY ECF

Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

              Re: United States v. Shaheed Khan
             Nos. 06CR255, 08CR640, 09CR150 (DLI)

Dear Judge Irizarry:

      This letter is submitted with respect to the sentencing of defendant Shaheed Khan, who is scheduled to be sentenced on October 16, 2009, as a consequence of his plea of guilty to charges in the above three indictments.

      The guilty pleas were entered pursuant to Fed. R. Crim. P. 11(c)(1)(C) in accordance with a Plea Agreement in which the parties agreed that an aggregate sentence of 15 years imprisonment and five years supervised release is the appropriate disposition.  The Agreement provided that, in the event the agreed upon sentence is below that calculated under the Guidelines, which it is, "the Office will inform the Court at the time of sentencing why the adjustment is justified."  (Plea Agreement, para. 4.)  Shaheed Khan relies on the Government's letter of September 29, 2009, stating the reasons justifying the agreed-upon sentence, and he asks the Court to accept the Plea Agreement and sentence him in accordance therewith.

                                                Very truly yours,

                                                __/s/_____
                                               Diarmuid White
                                               John Bergendahl

                                               Attorneys for Shaheed Khan

cc:  All counsel (by ECF)